IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
WACO DIVISION

| | | |
|---|---|---|
| **SCANNING TECHNOLOGIES INNOVATIONS, LLC,** | § § § | |
| Plaintiff, | § § | Case No: 6:21-cv-00448-ADA |
| vs. | § § | PATENT CASE |
| **THUNDER DATA SYSTEMS, INC.,** | § § § | |
| Defendant. | § § § | |

### JOINT STIPULATION AND ORDER OF DISMISSAL WITH PREJUDICE

Plaintiff Scanning Technologies Innovations, LLC, and Defendant Thunder Data Systems, Inc., by their respective undersigned counsel, hereby STIPULATE and AGREE as follows:

1. All claims asserted by the Plaintiff in this Action are dismissed with prejudice and all counter-claims asserted by the Defendant in this Action are dismissed without prejudice under Fed. R. Civ. P. 41(a)(1)(A)(ii);

2. Each party shall bear its own costs and attorneys' fees with respect to the matters dismissed hereby;

This Stipulation and Order shall finally resolve the Action between the parties.

Dated: July 29, 2021.                              Respectfully submitted,

                                                */s/Jay Johnson*
                                                **JAY JOHNSON**
                                                State Bar No. 24067322
                                                **D. BRADLEY KIZZIA**
                                                State Bar No. 11547550
                                                **KIZZIA JOHNSON, PLLC**
                                                1910 Pacific Ave., Suite 13000
                                                Dallas, Texas 75201
                                                (214) 451-0164
                                                Fax: (214) 451-0165
                                                jay@kjpllc.com
                                                bkizzia@kjpllc.com

                                                **ATTORNEYS FOR PLAINTIFF**

                                                **FISH & RICHARDSON P.C.**

                                                By: */s/Ricardo Bonilla*
                                                Neil J. McNabnay
                                                mcnabnay@fr.com
                                                Ricardo J. Bonilla
                                                rbonilla@fr.com
                                                Noel Chakkalakal
                                                chakkalakal@fr.com
                                                FISH & RICHARDSON P.C.
                                                1717 Main Street, Suite 5000
                                                Dallas, Texas 75201
                                                (214) 747-5070 - Telephone
                                                (214) 747-2091 – Facsimile

                                                **ATTORNEYS FOR DEFENDANT**

### CERTIFICATE OF SERVICE

      I hereby certify that on July 29, 2021, I electronically filed the above document(s) with the Clerk of Court using CM/ECF which will send electronic notification of such filing(s) to all registered counsel.

                                                Respectfully submitted,

                                                */s/Jay Johnson*
                                                **JAY JOHNSON**

SO ORDERED this _____ day of _____, 2021.

                                                                                         _____
                                                                                          **UNITED STATES DISTRICT JUDGE**